# In the United States Court of Federal Claims

No. 23-2087C

(Filed: August 6, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

METROIBR JV LLC,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

and

IGNITEACTION LLC,

    *Defendant-Intervenor.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pursuant to the representations made in the joint status report of July 24, 2024, and those made during the status conference held on August 6, 2024, the following schedule is set:

1. Defendant shall complete its search of DSDSS evaluation team members' files and correct and complete the record, including the declarations of Ms. Ahrens and Mr. Kwon, on or before August 23, 2024.

2. The parties shall complete the depositions authorized by our July 16, 2024 order and opinion on or before October 4, 2024.

3. The parties shall file a joint status report proposing a schedule for briefing on the merits on or before October 9, 2024.

<u>s/Eric G. Bruggink</u>  
ERIC G. BRUGGINK  
Senior Judge