# In the United States Court of Federal Claims

No. 23-2087C
(Filed: September 16, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

METROIBR JV LLC,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

and

IGNITEACTION LLC,

    *Defendant-Intervenor*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Oral argument on plaintiff's motion for an extension of time to complete discovery (ECF No. 61) will be held telephonically on September 19, 2024, at 2:30 pm. If defendant and/ or intervenor wish to file written responses to the motion prior to the argument, they are directed to do so by 12:00 pm ET on September 18, 2024. Otherwise, their responses will be made orally at the argument.

                                                  s/Eric G. Bruggink
                                                  ERIC G. BRUGGINK
                                                  Senior Judge