# In the United States Court of Federal Claims

No. 23-2087C

(Filed: September 19, 2024)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

METROIBR JV LLC,

    *Plaintiff*,

v.

THE UNITED STATES,

    *Defendant*,

and

IGNITEACTION LLC,

    *Defendant-Intervenor*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated on the record during the status conference held on September 19, 2024, plaintiff's motion for an extension of time to complete discovery (ECF No. 61) is granted in part as detailed on the record. Accordingly, the following deadlines are set:

1. Plaintiff shall complete the depositions authorized by our July 16, 2024 opinion on or before November 12, 2024.

2. The parties shall file a joint status report proposing a schedule for further proceedings, including addressing how to appropriately supplement and complete the administrative record on or before November 26, 2024.

               s/Eric G. Bruggink
               ERIC G. BRUGGINK
               Senior Judge